# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GIOVANNI TRIPODI | : CIVIL ACTION |
|---|---|
| v. | : NO. 18-2482 |
| JEFF B. SESSIONS, *et al* | : |

## ORDER

**AND NOW**, this 10th day of September 2018, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 3), Plaintiff's Opposition (ECF Doc. No. 5), Defendants' Reply (ECF Doc. No. 6) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion (ECF Doc. No. 3) is **GRANTED** and this case is dismissed. The Clerk of Court shall **close** this case.

*/s/ KEARNEY, J.*